UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                Plaintiff(s),

      -against-

Luis Mejia

                Defendant(s).

13-CR-00617-1 (MMG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2025

MARGARET M. GARNETT, United States District Judge:

On September 22, 2025, the Defendant filed a motion to request early termination of supervised release (see Dkt. No. 43). The Government is hereby ORDERED to respond to the motion by no later than October 23, 2025.

Dated:  September 23, 2025
          New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge